Opinion issued July 15, 2004











In The
Court of Appeals
For The
First District of Texas




NO. 01–04–00441–CV




DENNIS CHURCH D/B/A CHURCH REALTY, Appellant

V.

SAYED J. HOUSSEIN, Appellee




On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 790,968




MEMORANDUM OPINIONAppellant Dennis Church d/b/a Church Realty has neither established
indigence, nor paid all the required fees. See Tex. R. App. P. 5 (requiring payment
of fees in civil cases unless indigent), 20.1 (listing requirements for establishing
indigence); see also Tex. Gov’t Code Ann. §§ 51.207, 51.941(a), 101.041 (Vernon
Supp. 2004) (listing fees in court of appeals); Fees Civ. Cases B(1), (3) (listing fees
in court of appeals). After being notified that this appeal was subject to dismissal,
appellant Dennis Church d/b/a Church Realty did not adequately respond. See Tex.
R. App. P. 5 (allowing enforcement of rule); 42.3(c) (allowing involuntary dismissal
of case).
          The appeal is dismissed for nonpayment of all required fees. All pending
motions are denied.
PER CURIAM
Panel consists of Justices Taft, Higley, and Bland.